IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR NO. 09-473 |
| | : |
| JAMES ROBINSON | : |
| | : |

**O R D E R**

**AND NOW**, this 22nd day of October, 2010, upon consideration of defendant James Robinson's Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment (Doc. No. 25, filed December 21, 2009), the Government's Response to Defendant's Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment (Doc. No. 28, filed January 8, 2010), Defendant's Supplemental Memorandum of Law in Support of His Suppression Motion (Doc. No. 54, 2010, filed October 1, 2010), following an evidentiary hearing on October 8, 2010, **IT IS ORDERED** that defendant's Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment is **DENIED**.

BY THE COURT:

　　/s/ Hon. Jan E. DuBois　　
　　**JAN E. DuBOIS, J.**